UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 15-CR-189 (RJL) |
| | : | |
| v. | : | |
| | : | |
| GILBERTO RIVERA AMARILLAS, | : | |
| | : | |
| also known as "Tio Gil," | : | |
| | : | |
| Defendant. | : | |
| | : | |

**NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL**

The United States of America, by and through the Chief of the Narcotic and Dangerous Drug Section of the Criminal Division, United States Department of Justice, hereby informs the Clerk of this court and all parties of record that Michael Christin, Trial Attorney of the Narcotic and Dangerous Drug Section, is substituted Government counsel of record for Adrienne L. Rose, who can be terminated as Government counsel in this case.

                                                Respectfully Submitted,

                                                ARTHUR G. WYATT, Chief
                                                Narcotic and Dangerous Drug Section
                                                Criminal Division
                                                United States Department of Justice

By:      /s/Michael Christin
            Michael Christin
            Trial Attorney
            Narcotic and Dangerous Drug Section
            Criminal Division
            U.S. Department of Justice
            145 N Street, NE, Suite 300
            Washington, D.C. 20530
            Tel.:   (202) 353-9480
            Email:  Michael.Christin@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was sent via ECF to the Defendant's counsel on record this 29th day of August 2019.

                                                  */s/ Michael Christin*
                                                  Michael Christin
                                                  Trial Attorney
                                                  Narcotic and Dangerous Drug Section
                                                  Criminal Division
                                                  Department of Justice